IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     vs.<br><br>DENNIS JAMES LATKA,<br><br>                    Defendant. | **4:18CR3072**<br><br>**RELEASE ORDER** |

Defendant is released subject to the following:

1) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition:

   a. The defendant shall be placed on SoberLink2 Alcohol Monitoring for a period of no less than 90 days and not to exceed 180 days, as determined by the probation officer. SoberLink2 monitoring shall commence according to a schedule arranged by the U.S. Probation Office. While in the program, the defendant will carry a portable breath testing device and provide breath tests when prompted, via text, by the device. The participant agrees to keep the equipment fully charged. The participant shall also be responsible for the costs of the testing program.

2) The defendant shall appear at his revocation hearing scheduled for October 21, 2021 at 12:00 p.m. (noon) before the Honorable Richard G. Kopf, in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

July 21, 2021.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge